STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
SAPNA MEHTA (CABN 288238)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7478
    FAX: (415) 436-6748
    sapna.mehta@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KEAHNY HARRIS-HOUSTON, | Case No. 4:22-cv-06199-DMR |
| Plaintiff, | **STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED)** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

    Defendant United States of America, by and through its undersigned counsel, submits this stipulated request pursuant to Local Civil Rule 6-2 for an order continuing the January 18, 2023 Initial Case Management Conference (Dkt. 3) to March 15, 2023, or a subsequent date convenient for the Court. The United States Attorney's Office was served with Plaintiff's Complaint in this matter on December 21, 2022, and the United States' response is currently due on February 21, 2023. Dkt. 7. Defendant thus requests a continuance to give it time to respond to Plaintiff's Complaint before the case management conference. The undersigned discussed the requested relief with Plaintiff who advised that he agrees to the requested continuance. Pursuant to Local Civil Rule 6-2(a), the grounds for this stipulation are further set forth in the accompanying Declaration of Sapna Mehta.

    Respectfully submitted,

STEPHANIE M. HINDS

|   |   |
|---|---|
|   | United States Attorney |
| Dated: January 13, 2023 | By: /s/ Sapna Mehta |
|   | SAPNA MEHTA |
|   | Assistant United States Attorney |
|   | Attorney for Defendant |

### ORDER (AS MODIFIED)

Pursuant to the parties' stipulated request, and good cause having been shown, it is hereby ordered that the initial case management conference currently set for January 18, 2023 at 1:30 p.m. is continued to April 19, 2023 at 1:30 p.m., in Oakland, Videoconference only.  The parties shall file a joint case management conference statement by April 12, 2023.  All counsel and parties may access the webinar information (public hearings) at https://cand.uscourts.gov/judges/ryu-donna-m-dmr.

IT IS SO ORDERED AS MODIFIED.

DATED: January 13, 2023

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Donna M. Ryu*