UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEAHNY HARRIS-HOUSTON,

          Plaintiff,

    v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No. 22-cv-06199-DMR

**ORDER TO SHOW CAUSE**

    Defendant United States filed a motion to dismiss on February 21, 2023. Currently, the motion is set for a court hearing on May 11, 2023. Plaintiff Keahny Harris-Houston is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by March 7, 2023. *See* Civ. L.R. 7-3(a). The court has received no such opposition.

    **The court ORDERS Plaintiff to respond by April 13, 2023 and explain his failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit his opposition to the court or (2) file a statement of non-opposition to the motion.** This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by April 13, 2023, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

    The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than April 20, 2023.

    **IT IS SO ORDERED.**

Dated: March 27, 2023

DONNA M. RYU
Chief Magistrate Judge