UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEAHNY HARRIS-HOUSTON,

          Plaintiff,

     v.

UNITED STATES OF AMERICA, et al.,

          Defendants.

Case No.  22-cv-06199-DMR

**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

       Self-represented Plaintiff Keahny Harris-Houston filed a complaint and an application for leave to proceed *in forma pauperis* ("IFP"). [Docket Nos. 1, 2.]

       On December 7, 2022 the court granted Plaintiff's IFP application and ordered that the U.S. Marshal serve a copy of the complaint on Defendants. [Docket No. 6.]  On February 21, 2023, the United States filed a motion to dismiss. [Docket No. 13.]  Because Plaintiff did not timely file a brief in opposition to the motion, the court issued an order to show cause on March 27, 2023. [Docket No. 16.]  The court ordered Plaintiff to explain his failure to respond to the motion by April 13, 2023.  Plaintiff was also ordered to submit an opposition or file a statement of non-opposition to the motion by the same date.  The court warned Plaintiff that failure to respond may result in dismissal of his action.  *See id.*  No response was filed.  Accordingly, Plaintiff's action is hereby dismissed without prejudice for failure to prosecute.

       **IT IS SO ORDERED.**

Dated: May 4, 2023

_____

DONNA M. RYU
Chief Magistrate Judge

United States District Court
Northern District of California